EXHIBIT 1

EXHIBIT 1

Business Entity

https://www.sos.nh.gov/corporate/soskb/Corp.asp?818531

# NEW HAMPSHIRE

## Corporation Division

**Date:** 4/26/2010   (Annual Report History, View Images, etc.)

### Filed Documents

**Business Name History**

| Name | Name Type |
|------|-----------|
| Parkerhill Technology Group, LLC . | Legal |

**Limited Liability Company - Domestic - Information**

| | |
|---|---|
| **Business ID:** | 555520 |
| **Status:** | Not In Good Standing |
| **Entity Creation Date:** | 4/6/2006 |
| **Principal Office Address:** | 286 Parker Hill Road Lyman NH 03585 |
| **Principal Mailing Address:** | No Address |
| **Last Annual Report Filed Date:** | 3/4/2009 |
| **Last Annual Report Filed:** | 2009 |

### Registered Agent

| | |
|---|---|
| **Agent Name:** | Linowes, Jonathan S |
| **Office Address:** | 286 Parker Hill Road |
| **Mailing Address:** | Lyman NH 03585 |

**Search**
By Business Name
By Business ID
By Registered Agent
Annual Report
File Online

1 of 2

4/26/2010 3:53 PM

EXHIBIT 2

EXHIBIT 2

www.windaction.org

facts, analysis, exposure of wind energy's real impacts

Home | Contact | Text size: s M L
Subscribe |email address
Search

- About
  - News
  - Opinions
  - Stories
  - Library
  - Press

News Articles

- By Date
- By Topic
- By Location
- By Rating

search news

Main feed:
RSS | Atom

News only feed:
RSS | Atom

This category only feed:
RSS | Atom

Printer friendly
Send to a friend
Tag/Bookmark

## News

## Windmill plan unites neighbors; Four-story turbine runs into opposition

*The place is called Green Valley, but it sure doesn't seem like it to Kermitt Waters. The attorney and entrepreneur wants to put up a four-story wind turbine at his home near Green Valley Parkway and the Las Vegas Beltway. So far, though, his backyard bid for renewable energy has met overwhelming resistance from neighbors and what Waters described as bureaucratic aggravation from the city of Henderson.*

March 21, 2010 by Henry Brean in Las Vegas Review Journal

The place is called Green Valley, but it sure doesn't seem like it to Kermitt Waters.

The attorney and entrepreneur wants to put up a four-story wind turbine at his home near Green Valley Parkway and the Las Vegas Beltway.

So far, though, his backyard bid for renewable energy has met overwhelming resistance from neighbors and what Waters described as bureaucratic aggravation from the city of Henderson.

"Everybody wants to talk about green but nobody wants to do anything about it," he said. "We're never going to be energy independent until every house becomes a mini power station."

But to Waters' neighbors, the issue is far less global. They worry about what the wind turbine will look and sound like and what might happen if it should collapse.

Cami Putnam lives next door to Waters. If the 45-foot-tall structure he plans to build were to topple to the east, at least some of it would crash down in her yard.

The possibility scares her, since her five kids spend a lot of time playing outside.

"None of us has anything against green energy or saving our planet or anything like that," Putnam said. "It just doesn't belong here in a little community like this. It belongs somewhere else, on a one-acre lot somewhere."

Smack in the middle of the fight is the city, which figures to get sued no matter what it does.

"Right now, I don't see a lot of common ground. The neighbors absolutely don't want it, and he absolutely does," said City Councilman Steve Kirk.

Waters first applied for a city permit for his windmill in October. The Henderson Planning Commission turned him down in January, citing concerns over the structure's safety, height, noise and compatibility with the surrounding homes.

Waters appealed that decision to the City Council in February, but the matter was delayed until March 2, then delayed again until early June.

Dozens of Waters' neighbors turned out for the March 2 meeting, many of them sporting buttons that read, "I'm not a big fan; not in my neighborhood."

Mayor Andy Hafen apologized to them for postponing the matter, but he said city officials need more time to review all sides of the issue.

The city certainly supports green energy initiatives, Hafen said, but "we feel that this is going to be precedent-setting. We want to do it right."

Until Waters came along, Henderson Planning Manager Michael Tassi said the city had never received an application for a residential wind turbine.

As a result, he said, the city "didn't have anything on the books" for regulating alternative energy generation at homes in Henderson.

The city has since fixed that, enacting a new ordinance March 1 that spells out the rules and the approval process for windmills and solar panels.

But Waters feels like he's being singled out, that the city is writing restrictions specifically to block his plans.

He said the whole structure should have cost him about $5,000 including installation, but all the city's questions have forced him to shell out an additional $35,000 so far on lawyers, structural engineers and other experts.

All this, Waters said, despite the fact that his turbine is no higher than a palm tree or an amateur radio antenna, neither of which require public hearings and special-use permits.

Waters' Windmill, as it has come to be known, is a vertical axis wind turbine. It resembles a giant eggbeater stood on end.

At the moment, the business end of the structure -- basically the spinning top minus the 35-foot pole Waters plans to mount it on -- is on display inside a warehouse about five miles from the house in Green Valley.

Waters had it assembled there so it could be tested and people could get a look at it.

The turbine stands about 10 feet tall and 7 feet in diameter. It uses magnetic-levitation technology in its main bearing, allowing its carbon fiber blades to spin with far less noise than more traditional horizontal windmills.

Waters said his unit is the safest, quietest and least obtrusive one of its size on the market.

"If they don't approve this one, nobody else need apply," he said.

Waters has a much larger wind turbine generating power at his 10,000-acre ranch in the Texas panhandle, where he eventually hopes to develop a commercial wind farm. "All we need is about $250 million," he said with a smile.

UNLV professor and wind energy researcher Darrell Pepper has taken a keen interest in what Waters is doing.

Some of Pepper's mechanical engineering students helped Waters assemble and test his turbine, and Peppers is already tinkering with a few ideas for improving its efficiency.

He said it remains to be seen if Waters' neighborhood is windy enough for the turbine to work properly, but he believes the design has definite residential applications.

It won't supply all the power a house needs, but it could significantly cut someone's power bill.

"I can tell you what's going to happen. The minute we put this up people are going to be asking where they can get one," Pepper said. "Remember, these things run at night. Solar only works about 50 percent of the time no matter how efficient it is."

If the market takes off for small wind turbines at homes and businesses, Pepper hinted that he and Waters might team up with some investors and start manufacturing the units here.

Right now, though, all the focus is on the getting the first windmill up in Green Valley.

Waters' house sits at the corner of Crown Valley Drive and Sapphire Valley Avenue, two quiet streets lined with tightly grouped five-bedroom homes, each built on less than a quarter of an acre.

Waters said he bought the place as an investment in 1991, and now he stays there whenever he's in town, which is only about "half the time."

His neighbors insist he doesn't really live there at all.

According to Putnam, Waters' house has not been occupied for more than a week at a time in all the years her family has lived next door. Every now and then, someone from the neighborhood will clear the newspapers and advertising fliers from in front of the residence so it doesn't become a target for burglars, she said.

"He's been my neighbor for nine years, and I saw him for the first time that night at the City Council meeting," Putnam said.

This is an especially galling subject in the neighborhood, because many of the people living there full time see Waters' Windmill as a thinly veiled commercial venture that could drive down their property values.

To counter that, Waters offers up an affidavit from a real estate expert who says just the opposite, that green energy improvements actually increase home values.

Ultimately, Kirk said, questions about Waters' residency or his motives aren't really relevant to the decision now facing the council. "It may not be what the neighbors are defining as being a good neighbor, but it's his right (to put up the windmill) if this fits within the design code," he said. "I don't know what we can really do about it."

Kirk added that he is still researching the issue. He won't make up his mind until he goes to see the windmill and hears more from the surrounding residents.

Putnam said she and her neighbors already have discussed the possibility of a lawsuit should the council clear Waters to proceed.

"I have to thank Mr. Waters for one thing," she said. "He's united us as a neighborhood."

Waters promised a lawsuit of his own if things don't go his way. "I've already gone this far. I might as well go the whole nine yards," he said with a Texas drawl.

Both Clark County and the city of Las Vegas also have rules in place for wind turbines, solar panels and other small-scale power generating units.

Neither entity reports any serious conflicts, though county spokesman Dan Kulin said several applications for windmills have come up in the past year.

In September, a plan for a 137-foot wind turbine in a rural area north of Southern Highlands was withdrawn by the applicant after county planners recommended against it.

In December, the county granted permission for a 51-foot wind turbine at the Searchlight home of U.S. Senate Majority Leader Harry Reid.

Jon Summers, spokesman for Reid, said the turbine isn't up and running yet, but it should be in a matter of days.

Combined with the solar panels Reid had installed last year, the turbine is expected to completely offset the home's energy needs.

"Senator Reid thinks it's important that we all do our part, individually and as a state and nation, to take cost-effective actions to reduce pollution and become more energy independent," Summers said.

As far as Waters is concerned, that is exactly what he is trying to do.

If he eventually wins permission to put his windmill up, he said he will probably buy more of them for his other properties in the valley, including his office near Sahara Avenue and Paradise Road.

Much to the dismay of those living around him, Waters also plans one day to replace his backyard turbine with a wider version capable of generating almost twice as much power.

Waters said the larger windmill is sitting in a box in his garage right now.

**Web link:** http://www.lvrj.com/news/windmill-plan-unites-neig...

Filed under : Nevada : General

< prev.
*Note: this article may be subject to the Fair Use Notice.*

next >

Home | About | News | Opinions | Library | Press | Contact
Login | Terms of Use | Privacy | Fair Use Notice
Website by Parkerhill
Powered by Xaraya

© Copyright 2006-2009 IWA

EXHIBIT 3

EXHIBIT 3

Home | Contact | Text size: s M L
Subscribe |email address
Search

www.windaction.org
facts, analysis, exposure of wind energy's real impacts

- About
- News
- Opinions
- Stories
- Library
- Press

Opinion Articles

- By Date
- By Topic
- By Location
- By Rating

search opinions

Main feed:
RSS | Atom

Opinions only feed:
RSS | Atom

This category only feed:
RSS | Atom

Printer friendly
Send to a friend
Tag/Bookmark

# Opinions

## Green jobs

www.windaction.org | Green jobs

Page 2 of 3

*Well, there aren't many green jobs. Certainly not in the wind business. The United States installed more wind power last year -- 9,900 megawatts, or enough to power 2.4 million homes -- than in any other year. The growth in wind farm installations was a product of federal stimulus spending. Nonetheless, half the windmills were built overseas, and wind equipment manufacturers cut as many as 2,000 jobs last year.*

Well, there aren't many green jobs. Certainly not in the wind business.

*February 11, 2010 in Las Vegas Review-Journal*

Remember all those "green jobs" President Obama and the Democrats were going to create by taxing struggling employers and out-of-work private-sector Americans and funneling the resulting loot to politically favored outfits developing "clean, energy-efficient" technologies?

Well, there aren't many green jobs. Certainly not in the wind business.

The United States installed more wind power last year -- 9,900 megawatts, or enough to power 2.4 million homes -- than in any other year. The growth in wind farm installations was a product of federal stimulus spending. Nonetheless, half the windmills were built overseas, and wind equipment manufacturers cut as many as 2,000 jobs last year.

According to the American Wind Energy Association, the drop in U.S. jobs is due, in part, to "the lack of a long-term national policy that would require a certain percentage of American electricity to come from renewable sources."

In other words, despite all the subsidies, wind power is still so expensive that hardly anyone is buying it, and the only solution is that Washington has to pull on its jackboots, limber up the truncheons, and go make them.

"A check with some of the companies that want to get into the wind manufacturing business found that even some that qualified for ... tax credits aren't able to create jobs quickly because they don't see enough demand for wind energy," reports the McClatchy Washington Bureau.

For instance, Basset Mechanical of Wisconsin qualified for a $868,500 tax credit to manufacture wind turbine towers and foundation parts. But company officials say they won't purchase the new equipment needed to receive the tax credit until it has enough sales volume to justify it.

So we can expect the costly green jobs that Washington has touted as our salvation from the recession to come on line promptly -- well pretty promptly -- um ... as soon as the recession ends.

**Web link:** http://www.lvrj.com/opinion/green-jobs-84097587.ht...

Filed under : USA : Impact on Economy

< prev                                                                          next >

*Note: this article may be subject to the Fair Use Notice.*

Home | About | News | Opinions | Library | Press | Contact
Login | Terms of Use | Privacy | Fair Use Notice

http://www.windaction.org/opinions/25568

4/19/2010

www.windaction.org | Green jobs

Website by Parkerhill
Powered by Xaraya

© Copyright 2006-2009 IWA

EXHIBIT 4

EXHIBIT 4

facts, analysis, exposure of wind energy's real impacts

www.windaction.org

Search

Subscribe | email address

- About
- News
- Opinions
- Stories
- Library
- Press

News Articles

- By Date
- By Topic
- By Location
- By Rating

search news

Main feed:
RSS | Atom

News only feed:
RSS | Atom

This category only feed:
RSS | Atom

Printer friendly
Send to a friend
Tag/Bookmark

## News

## Searchlight residents grill Duke Energy representatives about wind farm

*Searchlight's residents have plenty to say about the idea, too -- much of it negative. About 60 locals, the majority of them against the project, came out for Thursday's meeting. Among their concerns: how the turbines would affect vegetation, wildlife, views, property values, quality of life, tourism, air safety, air quality, historic preservation and outdoor recreation.*

*June 26, 2009 by Jennifer Robison in Las Vegas Review Journal*

The ongoing tempest over a planned wind farm swept about 10 percent of Searchlight's 600 citizens into the town's community center Thursday afternoon.

Searchlighters peppered executives of project developer Duke Energy with questions: What about the environmental effects of removing carbon-absorbing plants from the site? How will Duke reduce the project's visual impact on the countryside? And why this project in their small town?

Duke officials had answers: Opening the wind farm would be like removing the carbon output of 30,000 cars from the road every year. Duke has scaled back the project's visual fallout, reducing the number of turbines from 180 to 140, with further reductions pending. And Searchlight is ideal because it's near transmission lines and Las Vegas, where population growth should spur power demand.

It was the latest in a string of tangles over big energy projects in Nevada, and it was a showdown with all the usual parties: public officials who want utilities to meet renewable-energy mandates; power companies looking to capitalize on government pushes for alternative power, and citizens fighting projects that would alter views, harm wildlife or affect property values.

Other projects facing recent hurdles include NV Energy's 1,500-megawatt Ely Energy Center, a coal-fired power plant halted officially on June 15 after a years-long fight with environmentalists, and a major solar operation at the outskirts of Nellis Air Force Base's training range. Air Force officials last week questioned the safety of locating the plant so close to the range.

Senate Majority Leader Harry Reid, D-Nev., a Searchlight native, supports the project.

"(Reid) thinks it's a good idea," Reid spokesman Jon Summers told the Review-Journal in December. "It's going to bring clean energy to Nevada."

The Searchlight debate began in December, when North Carolina-based Duke Energy, a Fortune 500 power giant that serves 4.5 million American households, proposed a $600 million wind farm on 24,000 acres of Bureau of Land Management property east of Searchlight, about 50 miles south of Las Vegas. Duke's Searchlight Wind Energy Project would generate 370 megawatts of electricity -- enough to power more than 90,000 homes. The 420-foot turbines would be visible from Searchlight, from U.S. Highway 95 and from parts of Lake Mohave.

Searchlight's residents have plenty to say about the idea, too -- much of it negative.

About 60 locals, the majority of them against the project, came out for Thursday's meeting. Among their concerns: how the turbines would affect vegetation, wildlife, views, property

values, quality of life, tourism, air safety, air quality, historic preservation and outdoor recreation.

Judy Bundorf, a Henderson resident who owns a Searchlight-area home with her husband, said her home would be within a mile of 10 turbines. The generators would pierce the desert peace around their 14-acre property with noise and flashing red night-lights, Bundorf told the Review-Journal before Thursday's meeting. What's more, she said, Searchlight has become a retirement haven for legions of seniors who couldn't relocate away from the wind farm.

"There are a few young families living in Searchlight, but it's mostly older people," Bundorf said. "They can't afford to pick up and move. They mostly live in trailer houses and they're on fixed incomes."

Robert Shawn, a member of the town's advisory board, said he didn't think the project was feasible. An airport is under development a mile and a half away, and the turbines could create flight hazards, he said. Plus, the bald eagles that perch in his garden could flee the countryside if the windmills come.

Town board member Eleanor Shook drew applause when she talked of leaving Southern California 13 years ago for the peace and quiet of Searchlight.

"We came here to sit on our porch, look at Spirit Mountain and hear the quiet, and now they're going to bring it all back," Shook said. "If we all said, 'No,' would it do any good?"

Bob Ross, a field manager with the Bureau of Land Management, told Shook her opinion mattered.

"I want to reassure all of you that the BLM is listening very carefully," Ross said. "The amount of public comment, and the emotion behind it, is very important to us. I'll take all of this into account as the decisionmaker."

Not everyone who spoke opposed the project.

Scott Rutledge of the Nevada Conservation League said the threat of climate change demands alternative energies such as wind power, and the Duke farm would be a better environmental choice than a coal-fired or nuclear plant.

"Don't let perfect be the enemy of the good," Rutledge said. "America has been the biggest polluter globally. We have to turn that around. This is one of those projects where there's an opportunity for a town like Searchlight to be part of a bigger picture."

Clark County Commissioner Steve Sisolak moderated Thursday's meeting, taking questions from his Searchlight constituents and reading written comments of residents unable to attend. Those comments included wind-farm advocates, who said they saw the project as a route to energy independence for the United States.

Sisolak hasn't taken a position on the Duke project, but he said he favors green power.

"I'm very supportive of renewable energy. My kids would kill me if I wasn't," he said before the meeting. "But I don't know the specifics of this, so this will be a learning experience for me."

The project would employ hundreds of workers during the six to eight months it would take to build it. Completed, it would employ 15 full-timers.

The wind farm remains in its earliest stages. The Bureau of Land Management is in the second of six phases involved in drafting an environmental impact statement. The bureau expects to publish a preliminary report in May. It will then accept public comments on the impact study, and incorporate that feedback into a final statement.

A Duke executive told the Review-Journal in December that the plant's regulatory review will continue through spring 2011.

**Web link:** http://www.lvrj.com/business/49170432.html

Filed under : Nevada : General

< prev

*Note: this article may be subject to the Fair Use Notice.*

next >

Home | About | News | Opinions | Library | Press | Contact
Login | Terms of Use | Privacy | Fair Use Notice
Website by Parkerhill
Powered by Xaraya

© Copyright 2006-2009 IWA

.

EXHIBIT 5

EXHIBIT 5

Home | Contact | Text size: s M L
Subscribe: email address
Search

www.windaction.org
facts, analysis, exposure of wind energy's real impacts

- ○ About
  - ○ News
  - ○ Opinions
  - ○ Stories
  - ○ Library
  - ○ Press

News Articles

- By Date
- By Topic
- By Location
- By Rating

search news

Main feed:
RSS | Atom

News only feed:
RSS | Atom

This category only feed:
RSS | Atom

Printer friendly
Send to a friend
Tag/Bookmark

**News**

Wind farm floated in state; Duke Energy proposes project near
Searchlight

*Senate Majority Leader Harry Reid, who has aggressively promoted the development of renewable energy in Nevada, may be able to see some tangible results from his home in Searchlight in a few years. Duke Energy on Thursday said it proposes to build a wind farm that could cost up to $600 million dollars and generate 300 megawatts a few miles southeast of Searchlight.*

*December 19, 2008 by John G. Edwards and Steve Tetrault in Review Journal*

Senate Majority Leader Harry Reid, who has aggressively promoted the development of renewable energy in Nevada, may be able to see some tangible results from his home in Searchlight in a few years.

Duke Energy on Thursday said it proposes to build a wind farm that could cost up to $600 million dollars and generate 300 megawatts a few miles southeast of Searchlight.

Although Reid neither is an investor in the project nor promoted the particular wind site, he is a supporter.

"Senator Reid likes the project," said Jon Summers, a spokesman for the Nevada Democrat. "He thinks it's a good idea. It's going to bring clean energy to Nevada."

Summers said Duke Energy has worked to resolve concerns in Searchlight.

The project would boost the Searchlight economy. It would employ hundreds during six to eight months of construction, Duke Energy Managing Director Robert Charlebois said.

Once completed, it would provide permanent employment for 15 workers, he said.

The project could become a key source of property tax revenue for state and local governments.

Nevada has no operating wind power projects now, but several are under development.

NV Energy Inc., which operates utilities with a similar name, on Thursday announced it is proceeding with development of the 200-megawatt China Mountain wind project in northeastern Nevada and southern Idaho.

Analysts generally consider Nevada's wind energy mediocre compared with wind energy in states like Wyoming and Texas, although the Silver State is rich in solar and geothermal resources.

Yet, Charlebois said wind power developers have noticed the potential for wind power in the Searchlight area.

Duke Energy expects tests to demonstrate that the Searchlight project is commercially viable.

Among Searchlight's strong points for wind energy are proximity to Las Vegas where population growth creates demand for additional energy and access to transmission lines.

"We believe that NV Energy (which serves Las Vegas) would be one of our prime markets for this energy," Charlebois said. NV Energy needs to continue increasing its reliance on green power under state law.

www.windaction.org | Wind farm floated in state; Duke Energy proposes project near Sea... Page 3 of 3

Duke Energy is looking at wind sites in a 25,000-acre area controlled by the Bureau of Land Management, and Charlebois said the company will need only a small portion of that land for the wind farm.

About 100 to 150 wind turbine towers will reach 260 feet high.

Drivers on U.S. Highway 95 probably will see wind turbines, and said some turbines may be visible from Searchlight, Charlebois said.

Researchers must determine how much of a threat the turbines pose to birds, but the area doesn't appear to be along the route of regular bird migration, he said.

Charlebois suspects it will take until March 2011 to go through the regulatory review process.

**Web link:** http://www.lvrj.com/business/36431834.html

Filed under : Nevada : General

< prev

*Note: this article may be subject to the Fair Use Notice*

next >

Home | About | News | Opinions | Library | Press | Contact

Login | Terms of Use | Privacy | Fair Use Notice

Website by Parkerhill

Powered by Xaraya

© Copyright 2006-2009 IWA

EXHIBIT 6

EXHIBIT 6

Home | Contact | Text size: s M L
Subscribe | email address
Search
www.windaction.org
facts, analysis, exposure of wind energy's real impacts

- 
  - About
  - News
  - Opinions
  - Stories
  - Library
  - Press

News Articles

- By Date
- By Topic
- By Location
- By Rating

Main feed:
RSS | Atom

News only feed:
RSS | Atom

This category only feed:
RSS | Atom

search news

Printer friendly
Send to a friend
Tag/Bookmark

# News

## BLM releases draft EA for local wind farm

*The BLM Ely District has released the Spring Valley Wind Project Draft Environmental Assessment for public comment. The BLM has scheduled two public comment meetings in Nevada from 6 p.m. to 8 p.m. The first is slated Tuesday, Jan. 5, at the Bristlecone Convention Center, 150 6th Street, in Ely. The meeting will be in the rear meeting room, so use the Lyons Avenue entrance.*

*December 17, 2009 in The Ely Times*

The BLM Ely District has released the Spring Valley Wind Project Draft Environmental Assessment for public comment.

The BLM has scheduled two public comment meetings in Nevada from 6 p.m. to 8 p.m.

The first is slated Tuesday, Jan. 5, at the Bristlecone Convention Center, 150 6th Street, in Ely. The meeting will be in the rear meeting room, so use the Lyons Avenue entrance.

The second is set for Wednesday, Jan. 6, at the Great Basin National Park Visitor Center, 53 North Highway 487, in Baker

The formal public comment period begins today and concludes at 5 p.m., Friday, Jan. 15.

Interested individuals should address all written comments to the BLM Ely District Office, HC 33 Box 33500, Ely, NV 89301 attn: Project Manager Wells McGiffert. Comments may be submitted electronically to springvalley@blm.gov

The Spring Valley Wind, LLC-proposed Spring Valley Wind Project is a 150-megawatt wind generation farm that would be constructed on 8,565 acres of the public lands in north Spring Valley, about 30 miles east of Ely. The project would consist of 63-75 wind turbines and electrical substation; and would utilize an existing 230 kilovolt (kV) transmission line for distribution.

The Spring Valley Wind Project Draft Environmental Assessment is available at http://www.blm.gov/nv/. Click on the Ely District map and then click on Spring Valley Wind Project Draft Environmental Assessment under "In the Spotlight." Paper copies are available at the BLM Ely District Office, 702 North Industrial Way, in Ely.

For more information, contact Wells McGiffert, BLM Ely District renewable energy project manager, at (775) 289-1800 or wells_mcgiffert@nv.blm.gov.

**Web link:** http://www.elynews.com/articles/2009/12/17/news/ne.....

Filed under : Nevada : General

< prev

*Note: this article may be subject to the Fair Use Notice.*

next >

Home | About | News | Opinions | Library | Press | Contact
Login | Terms of Use | Privacy | Fair Use Notice

www.windaction.org | BLM releases draft EA for local wind farm

© Copyright 2006-2009 IWA
Powered by Xarava
Website by Parkerhill

EXHIBIT 7

EXHIBIT 7

Home | Contact | Text size: s M L
Subscribe | email address
Search [            ]
www.windaction.org
facts, analysis, exposure of wind energy's real impacts

- 
  - About
  - News
  - Opinions
  - Stories
  - Library
    - Press

News Articles

- By Date
- By Topic
- By Location
- By Rating

search news

Main feed:
RSS | Atom

News only feed:
RSS | Atom

This category only feed:
RSS | Atom

Printer friendly
Send to a friend
Tag/Bookmark

## News

**BLM approves transmission line; Electric facility will tie north, south**

*The Bureau of Land Management on Thursday announced it took the first step to approve right of way for the first direct transmission line between Southern Nevada and Northern Nevada electrical grids. Great Basin Transmission, an affiliate of independent power producer LS Power, received a final environmental assessment from BLM, finding "no significant impact" resulting from the transmission line.*

*August 8, 2008 by John G. Edwards in Review-Journal*

The Bureau of Land Management on Thursday announced it took the first step to approve right of way for the first direct transmission line between Southern Nevada and Northern Nevada electrical grids.

Great Basin Transmission, an affiliate of independent power producer LS Power, received a final environmental assessment from BLM, finding "no significant impact" resulting from the transmission line.

LS Power also proposes to build the White Pine Energy Station, one of three Nevada coal-fired power projects that have attracted opposition from environmental groups.

While the transmission line would carry power from the White Pine power plant to Las Vegas, LS Power and its affiliate want to build the power line even if the coal plant is not built, said Mark Milburn, director of project development at LS Power.

The Southwest Intertie Project, as the 500-kilovolt line is called, would enable Nevada Power Co. of Las Vegas to tap power from geothermal energy sites in Northern Nevada, Milburn said. Sierra Pacific Power Co. of Reno could utilize power from concentrating solar power plants in Southern Nevada, he added.

Sierra Pacific Resources, holding company for Nevada Power and Sierra Pacific Power, has been proposing a north-south transmission line as part of the project to build a coal-fired power plant at Ely. The line then would carry power generated by the Ely Energy Center to customers in Nevada and Reno.

Sierra Pacific Resources also has said that its transmission line would enable it to carry renewable energy, such as wind, solar and geothermal power, to Las Vegas, but it earlier argued it needed the coal power plant to make the north-south line financially feasible.

In a conference call with analysts on July 25, however, Chief Executive Officer Michael Yackira clarified the company's position.

"If Ely were delayed further, we certainly would consider separating that and pursuing a transmission line, but that's too early to tell," Yackira said.

Charles Benjamin, president of Nevadans for Clean Affordable Energy, said his coalition of nine groups favors development of a north-south transmission line as long as the transmission line is not part of a coal power project. Benjamin said the north-south line would enable Nevada to develop its geothermal, solar and wind power resources for use in Nevada and for export to other states.

www.windaction.org | BLM approves transmission line; Electric facility will tie north, so....   Page 3 of 3

LS Power still needs to obtain BLM approval of a construction, operation and maintenance plan for the southern segment of SWIP.

**Web link:** http://www.lvrj.com/business/2641984.html

Filed under : Nevada : General

< prev

*Note: this article may be subject to the Fair Use Notice.*

next >

© Copyright 2006-2009 IWA

Powered by Xaraya
Website by Parkerhill
Login | Terms of Use | Privacy | Fair Use Notice
Home | About | News | Opinions | Library | Press | Contact

EXHIBIT 8

EXHIBIT 8

Home | Contact | Text size: s M L

Subscribe | email address

Search

www.windaction.org
facts, analysis, exposure of wind energy's real impacts

- About
  - News
  - Opinions
  - Stories
  - Library
  - Press

News Articles

- By Date
- By Topic
- By Location
- By Rating

search news

Main feed:
RSS | Atom

News only feed:
RSS | Atom

This category only feed:
RSS | Atom

Printer friendly
Send to a friend
Tag/Bookmark

# News

## Wind farm developer to ride out financial woes

*The developer of a proposed wind farm about 30 miles east of Ely in Spring Valley told the White Pine County Commission Feb. 11 that the company plans to build the $250 million project next year despite a financial collapse of its Australian parent corporation. Acknowledging the company's financial problems, representatives of Babcock & Brown told the commission the company still projects construction between April and December of next year with completion in December 2010.*

*February 18, 2009 by John Plestina in The Ely Times*

The developer of a proposed wind farm about 30 miles east of Ely in Spring Valley told the White Pine County Commission Feb. 11 that the company plans to build the $250 million project next year despite a financial collapse of its Australian parent corporation.

Acknowledging the company's financial problems, representatives of Babcock & Brown told the commission the company still projects construction between April and December of next year with completion in December 2010.

Babcock & Brown, an Australian international investment and advisory company with its U.S. base of operations in San Francisco, has been one of the largest developers of wind farms worldwide.

The company with declining asset values is reported to owe $3.1 billion to 25 banks. Many are foreign lending institutions.

"We will be around, but we are undergoing significant financial restructuring," Hardie said.

He called the proposed renewable, or "green" energy project in Spring Valley the "crown jewel of the Babcock empire."

Babcock & Brown representative George Hardie of Dallas, Texas, told the commission that the Australian parent company is in financial trouble with decreasing asset values and that the project is facing a significant capital constraint. "We're going through a lot of issues," he said.

Hardie told the county commission that the developer is recapitalizing and will continue with a new name soon.

When the 150 megawatt first phase of the project is completed on the 8,320-acre site, Babcock & Brown plans to tie into an existing 150-megawatt capacity transmission line. The second phase of the wind farm, to be built sometime after 2011, would require the 250-mile transmission line that NV Energy proposes to build.

"We clearly have a commercial wind resource on the site," Hardie said.

"We have compiled our biological and field studies," Hardie said. He said he expects completion of an environmental assessment by midsummer and expects construction in 2010.

The proposal calls for 163-165 turbines with three blades atop each 418-foot tall turbine would produce from one to three megawatts. The turbines are quiet, emitting a swish sound, according to Babcock & Brown.

Natalie McCue, another Texas-based representative of Babcock & Brown, said the site was moved a few miles south of the location presented to the commission a year ago because of better wind availability. She said there is an amended right of way with the Bureau of Land Management.

"This should provide a significant boost in county property taxes," McCue said.

Commissioner Gary Lane asked about potential problems with hunting in the area including deer migration trails.

McCue responded that other areas with wind farms have no problems with deer.

The area would not be fenced off and animals would have access.

He said in Texas, where he lives, there are numerous wind farms. "Everybody seems to be coexisting nicely."

According to Babcock & Brown, the project would employ about 150 people during the construction phase and 10-12 on a permanent basis.

**Web link:** http://www.elynews.com/articles/2009/02/18/news/ne...

Filed under : Nevada : General

< prev

*Note: this article may be subject to the Fair Use Notice.*

next >

Home | About | News | Opinions | Library | Press | Contact
Login | Terms of Use | Privacy | Fair Use Notice
Website by Parkerhill
Powered by Xaraya

© Copyright 2006-2009 IWA

EXHIBIT 9

EXHIBIT 9

**www.windaction.org**

facts, analysis, exposure of wind energy's real impacts

Home | Contact | Text size: s M L
Subscribe  email address
Search

- •

  ○ About
  ○ News
  ○ Opinions
  ○ Stories
  ○ Library
  ○ Press

**News Articles**

- By Date
- By Topic
- By Location
- By Rating

search news

Main feed:
RSS | Atom

News only feed:
RSS | Atom

This category only feed:
RSS | Atom

Printer friendly
Send to a friend
Tag/Bookmark

# News

# Wind farm idea aired

*Burton Hamner came into town to find out which way the wind is blowing. ...Hamner - who was hired in early 2007 by Tacoma Power to direct a team of leading Northwest marine engineering and environmental experts studying tidal power generation in the Tacoma Narrows - has formed a new company to propose a wind and wave energy project just off the coast. ... "If you all say 'no, we don't like it,' we'll forget it," Hamner said. He said he hopes he can at least convince people the idea is worthy of study so the potential and risk can be assessed.*

*February 9, 2008 by Leif Nesheim in The Daily World*

Burton Hamner came into town to find out which way the wind is blowing. He already knows the wind off the coast has great potential to be turned into electricity with massive wind-powered turbines. But he wants the community's support for his plan to harness that power.

At a public meeting Friday morning at the Port of Grays Harbor, he found area commercial and sport fishermen weren't keen on the idea.

"We look at this as a monstrosity," said Ray Toste, president of the Washington Dungeness Crab Fishermen's Association. "This will literally stop commercial fishing."

He and other men who make their living from the sea said wind farm towers, anchors and transmission cables - even if the cables are buried - could threaten their livelihood by reducing the area in which they can fish and crab and potentially harm the fish themselves.

Even if crab boats are allowed near the towers - which the federal government may forbid for security reasons - their fishing equipment would likely get entangled in the wind farm infrastructure, they said.

"Crab pots move 7, 10, even 12 miles in a storm," said Westport commercial fisherman Ron Harper. "We will have massive tangle-ups."

"We keep losing more and more of our fishing grounds," said Westport commercial fisherman Butch Henry. "Every day we're fighting with somebody to preserve our fishing grounds ... we're just squeezed into a smaller and smaller area."

Hamner said he expected fishermen to be leery of his plan.

"Nobody who's a fisherman looks at these things with a smile on their face at first," he said. That's why, Hamner said, he wants to include everybody affected from the earliest planning stages. To get state and federal officials to give the go-ahead for a plan of this scope, the local community must support it, he said.

Hamner - who was hired in early 2007 by Tacoma Power to direct a team of leading Northwest marine engineering and environmental experts studying tidal power generation in the Tacoma Narrows - has formed a new company to propose a wind and wave energy project just off the coast.

Unlike Tacoma, which his team determined wouldn't be able to produce affordable electricity using tidal energy, Grays Harbor has many advantages that hint at the possibility of feasible alternative energy production, Hammer said.

The wind coming off the ocean between Long Beach and Copalis is considered category 6-7, the best for wind-powered electricity generation. The coast is shallow - 10 miles offshore the sea is only 180 feet deep - and the world's largest offshore wind turbine is installed at a depth of 150 feet. Three miles out, the depth is just 60-70 feet, the depth of most existing wind generators in Europe. Floating wind turbines are a feasible technology just a few years down the road, Hammer said, meaning the wind farm could be even further off shore.

Current offshore wind generators create 5 megawatts of electricity apiece. Typically, they are spaced one per square kilometer. From Copalis to Long Beach there are 1,300 square kilometers - 500 square miles - of water less than 180 feet deep.

Nuke site factors in

Furthermore, transmission lines left behind at the defunct Satsop nuclear power plant project means they don't have to be built from scratch, Hammer said.

"Boy are you lucky somebody left an abandoned nuke (site) on your doorstep," he said.

Area shipyards would be able to build many of the components for the wind turbines and towers, he said.

"This is big industry, folks," Hammer said.

Hammer's company, Hydrovolts, Inc., has applied for a preliminary permit from the Federal Energy Regulatory Commission to develop an offshore wind/wave energy project. That's a preliminary step required to allow study of the proposal.

What Hammer said he next wants to see is community support for the idea so the project could successfully compete for federal funds needed to study the proposal and find the most cost-effective operating plan that would do the least harm to the environment and existing industries, such as commercial and sport fishing.

"If you all say 'no, we don't like it,' we'll forget it," Hammer said.

He said he hopes he can at least convince people the idea is worthy of study so the potential and risk can be assessed. For example, the effect on migrating whales and birds isn't known, Hammer said. Studies in England have shown that similar wind farms kill fewer birds than a typical home because the arms turn much slower on large, modern wind turbines than earlier versions that proved fatal to hundreds of birds, he said. However, similar studies would have to be performed here before the actual effects would be known, he said.

Visit www.hydrovolts.com to learn more.

**Web link:** http://www.thedailyworld.com/articles/2008/02/09/l...

Filed under : Washington : General

< prev

next >

www.windaction.org | Wind farm idea aired

*Note: this article may be subject to the Fair Use Notice.*

© Copyright 2006-2009 IWA

Powered by Xaraya

Website by Parkerhill

Login | Terms of Use | Privacy | Fair Use Notice

Home | About | News | Opinions | Library | Press | Contact

EXHIBIT 10

EXHIBIT 10

Home | Contact | Text size: s M L
Subscribe [email address]
Search [          ] 🔍
www.windaction.org
facts, analysis, exposure of wind energy's real impacts

- 
  ○ About
  ○ News
  ○ Opinions
  ○ Stories
  ○ Library
  ○ Press

News Articles

- By Date
- By Topic
- By Location
- By Rating

search news

Main feed:
🔲 RSS | Atom

News only feed:
🔲 RSS | Atom

This category only feed:
🔲 RSS | Atom

Printer friendly 🖨
Send to a friend ✉
Tag/Bookmark
[icons]

# News

## BLM studying seven wind farm proposals for White Pine County

*Seven wind farm projects are proposed for White Pine County according to the Bureau of Land Management Ely District office. The renewable energy project proposals all await scrutiny by the BLM. LS Power Development, the developer of the White Pine Energy Station, one of two proposed coal-fired power plants in Steptoe Valley, dissolved a partnership with Nevada Wind in November in favor of seeking wind projects in Elko and Washoe counties.*

*January 16, 2008 by John Plestina in The Ely Times*

Seven wind farm projects are proposed for White Pine County according to the Bureau of Land Management Ely District office.

The renewable energy project proposals all await scrutiny by the BLM.

LS Power Development, the developer of the White Pine Energy Station, one of two proposed coal-fired power plants in Steptoe Valley, dissolved a partnership with Nevada Wind in November in favor of seeking wind projects in Elko and Washoe counties. LS Power had proposed to develop a 200-megawatt wind farm in the northern Egan Range near Telegraph Peak with the Las Vegas-based wind farm company.

Chris Hanefeld of the BLM Ely District Office identified the seven proposed wind projects in White Pine County that are currently under review by the BLM.

-- Nevada Wind Co., proposes a 4,470-acre project on the North Egan Range. That wind generating developer is monitoring wind at the site. Hanefeld said the BLM expects Nevada Wind to submit an application for a wind generation facility at that site this year.

-- Nevada Wind has a right-of-way for wind monitoring and a 4,250-acre project area for the Antelope Range and the South Schell Creek range.

-- A 7,680-acre project in North Spring Valley by Spring Valley Wind, which is monitoring wind in that area. Spring Valley Wind has submitted an application and a draft plan to the BLM.

-- Two project areas consisting of 4,400 and 4,911 acres by Invenergy in North Spring Valley.

-- A 4,528-acre project by Power Partners at the Diamond Range. Power Partners is monitoring wind at the site.

-- A 4,536-acre project in the North Egan Range by Enexco. That company is also monitoring wind.

-- Two project areas by Boulevard Associates consisting of sites that are 67,771 acres in North Spring Valley and 18,254 in Copper Flat.

The BLM also identified three proposed sites in Lincoln County.

-- A 5,220-acre project area on Table Mountain/Mt. Wilson by Nevada Wind. That company is monitoring wind at the site.

-- A 2,950-acre project on Atlanta Summit by Nevada Wind.

www.windaction.org | BLM studying seven wind farm proposals for White Pine County          Page 3 of 3

-- A 5,030-acre project east of the Mt. Wilson project in the White Rock Mountains by Nevada Wind.

**Web link:** http://www.elynews.com/articles/2008/01/16/news/ne...

Filed under : Nevada : General

< prev
*Note: this article may be subject to the Fair Use Notice.*                                        next >

© Copyright 2006-2009 IWA

Home | About | News | Opinions | Library | Press | Contact
Login | Terms of Use | Privacy | Fair Use Notice
Website by Parkerhill
Powered by Xaraya

# EXHIBIT 11

# EXHIBIT 11

Home | Contact | Text size: s M L
Subscribe email address
Search
www.windaction.org
facts, analysis, exposure of wind energy's real impacts

- · About
- · News
  - Opinions
  - Stories
  - Library
  - Press

News Articles

- · By Date
- · By Topic
- · By Location
- · By Rating

search news

Main feed:
RSS | Atom

News only feed:
RSS | Atom

This category only feed:
RSS | Atom

Printer friendly
Send to a friend
Tag/Bookmark



## News

Military will not object to huge Nevada wind farm

*Defense Secretary Robert Gates has informed Senate Majority Leader Harry Reid that the military will not object to wind farms in an area of eastern Nevada, moving a $1 billion project closer to reality. Tim Carlson, a renewable energy developer, plans to build a 450-megawatt wind farm in the Wilson Creek Range area 40 miles north of Pioche. ....Hill Air Force Base in Utah has been concerned about wind-power projects in the area because wind turbines can interfere with radar. But Reid received assurances from Gates that the department will not object to wind farms in the Wilson Creek area, spokesman Jon Summers said Tuesday.*

*November 14, 2007 by John G. Edwards in The Ely Times*

Defense Secretary Robert Gates has informed Senate Majority Leader Harry Reid that the military will not object to wind farms in an area of eastern Nevada, moving a $1 billion project closer to reality.

Tim Carlson, a renewable energy developer, plans to build a 450-megawatt wind farm in the Wilson Creek Range area 40 miles north of Pioche.

The Defense Department's agreement is "another step forward" to developing what would be Nevada's first utility-size wind farm, Carlson said. Carlson's company, Nevada Wind, is in talks with a partner for the project. He declined to identify the partner.

Hill Air Force Base in Utah has been concerned about wind-power projects in the area because wind turbines can interfere with radar. But Reid received assurances from Gates that the department will not object to wind farms in the Wilson Creek area, spokesman Jon Summers said Tuesday.

Reid has been arguing that Nevada should cancel plans for coal-fired power projects that emit massive quantities of carbon dioxide, which causes global warming. This announcement shows that Reid also is working to support renewable energy projects, Carlson said.

Carlson, a former head of the Nevada Development Authority and long-time friend of Reid, previously tried to develop a $130 million wind farm on the Nevada Test Site, but Nellis Air Force Base objected and the project died in 2002.

The developer said he enjoyed working with Air Force representatives on concerns about the Wilson Creek project and noted that the Air Force uses more renewable energy than any other part of the federal government. Carlson said the project could provide the Air Force with information about flying in areas where wind turbines interfere with radar signals.

While the Defense Department said it would not oppose wind turbines at Wilson Creek, Gates is believed to oppose wind projects near Goldfield.

"The Department of Defense plays a very important role in this state," Carlson said. "You've got to work with them. You can't fight them."

Reid, D-Nev., has been talking with military officials in an effort to find ways that the state can tap wind power, a form of renewable energy. In February, for example, Reid met with area base commanders and members of the Nevada Renewable Energy Task Force about finding ways to build wind farms that do not cause problem for Navy and Air Force pilots.

Nevada Wind has been monitoring the wind in the Wilson Creek area for four years. The site is close to a transmission line that Sierra Pacific Resources proposes to build connecting utilities to a planned coal-fired project near Ely and also to a transmission line that LS Power Group wants to build to its proposed coal-fired power project near Ely.

Carlson said he also has been talking with the Southern Nevada Water Authority about connecting the Wilson Creek project to a power line that the water authority will use to supply electricity to pumps for a water pipeline linking Northern and Southern Nevada.

"I think it's a great location," Carlson said. The wind power facility's first priority, Carlson said, would be to sell power to Nevada users, including Nevada Power Co., electric cooperatives or the water authority.

The Wilson Creek project, Carlson said, could be completed within two years if given regulatory approval.

Contact reporter John G. Edwards at jedwards@reviewjournal.com or (702) 383-0420.

**Web link:** http://www.elynews.com/articles/2007/11/14/news/ne...

Filed under : <u>Safety</u> : <u>Nevada</u> : <u>General</u>

< prev                                                                                      next >

*Note: this article may be subject to the Fair Use Notice.*

Home | About | News | Opinions | Library | Press | Contact Login | Terms of Use | Privacy | Fair Use Notice Website by Parkerhill Powered by Xaraya

© Copyright 2006-2009 IWA

EXHIBIT 12

EXHIBIT 12

Home | Contact | Text size: s M L
Subscribe | email address

Search [          ]

www.windaction.org
facts, analysis, exposure of wind energy's real impacts

- 
  ○ About
  ○ News
  ○ Opinions
  ○ Stories
  ○ Library
  ○ Press

News Articles

- By Date
- By Topic
- By Location
- By Rating

search news

Main feed:
RSS | Atom

News only feed:
RSS | Atom

This category only feed:
RSS | Atom

Printer friendly
Send to a friend
Tag/Bookmark

# News

## After four years, Spring Valley Wind project nears EA review

*It might seem like federal regulators are fast-tracking the development of Nevada's first commercial wind farm. But the 160-megawatt Spring Valley Wind project has actually been in the works for over four years, as the developer gathered additional information sought by the U.S. Bureau of Land Management (BLM). A private contractor is currently putting the finishing touches on the draft Environmental Assessment for the 66-turbine project, which would be located on BLM-administered lands between State Route 893 and U.S. Highway 50 as it veers north toward Sacramento Pass.*

*November  4, 2009 by Rudy Herndon in The Ely Times*

It might seem like federal regulators are fast-tracking the development of Nevada's first commercial wind farm.

But the 160-megawatt Spring Valley Wind project has actually been in the works for over four years, as the developer gathered additional information sought by the U.S. Bureau of Land Management (BLM).

A private contractor is currently putting the finishing touches on the draft Environmental Assessment for the 66-turbine project, which would be located on BLM-administered lands between State Route 893 and U.S. Highway 50 as it veers north toward Sacramento Pass.

Once the BLM has had a chance to review the document, the agency plans to release it to the public within the next month or so, according to Wells McGiffert, the Ely BLM's renewable energy projects manager.

As it gears up for the public comment period, the agency will be posting general information about the project, as well as the proposed plan of development, on its Web site. Digital and hard copies of the draft Environmental Assessment will be available for public review, and the BLM plans to hold at least one public meeting in Ely, McGiffert said.

At that time, the agency will begin to address any questions and concerns that members of the public might have, according to Chris Hanefeld, the Ely BLM's public information officer.

"Right now, we want to get a lot of generic information out to the public," Hanefeld told the Ely Times Oct. 30. "We will be building off of that as we go through this process."

Any public comments the BLM receives will help the agency determine if it should move forward with the Environmental Assessment, or instead proceed with a more detailed Environmental Impact Statement, McGiffert said.

If the agency signs off on the final version of the Environmental Assessment, members of the public would have 30 days to appeal its decision.

Barring a successful appeal, developer Pattern Energy would be free to seek construction and special use permits from the county, launching the busiest phase of the project.

Construction activity is tentatively scheduled to begin in late summer or early fall of next year, and contractor Mortenson Construction could finish work on the project by the second quarter of 2011, McGiffert said.

The biggest impacts would be felt during that initial construction period, when the contractor would bring roughly 150 to 200 workers to the area.

In the short-term, the project would take in just under 10 percent of the proposed 8,600-acre lease.

But once construction activity has ended and the 425-foot tall turbines are up and running, the project's overall footprint would shrink to about 1 to 3 percent of that total area.

Most of the proposed water use is also expected to occur over the short term -- mainly for dust control and to feed a portable concrete batch plant, McGiffert said.

Even before the project gets off the ground, at least one major hurdle is already out of the way.

The proposed site is located alongside existing transmission lines, and the current plan of development would bolster that infrastructure: It calls for the addition of a new electrical substation.

**Web link:** http://www.elynews.com/articles/2009/11/04/news/ne...

Filed under : Nevada : General

< prev

next >

*Note: this article may be subject to the Fair Use Notice.*

Home | About | News | Opinions | Library | Press | Contact
Login | Terms of Use | Privacy | Fair Use Notice
Website by Parkerhill
Powered by Xaraya

© Copyright 2006-2009 IWA

EXHIBIT 13

EXHIBIT 13

facts, analysis, exposure of wind energy's real impacts

www.windaction.org

Search

Subscribe | email address

Home | Contact | Text size: s M L

• 

  ◦ About
  ◦ News
  ◦ Opinions
  ◦ Stories
  ◦ Library
  ◦ Press

News Articles

• By Date
• By Topic
• By Location
• By Rating

search news

Main feed:
  RSS | Atom

News only feed:
  RSS | Atom

This category only feed:
  RSS | Atom

Printer friendly
Send to a friend
Tag/Bookmark

## News

## 'Wind-wind' plan boosts local agency

*March 26, 2007 by Steven Friederich in The Daily World*

Sen. Jim Hargrove jokes that he's helped find a "wind-wind" solution to boost the Coastal Community Action Program's bottom line.

The Aberdeen-based non-profit group that helps low-income families around the county is working with the lawmaker from Hoquiam on legislation that would allow it to install wind turbines on the coast. The nonprofit would then sell the "green energy" and use the profits to help low-income families.

"I've always been concerned with low-income people and people having trouble paying for their housing and electrical bills," Hargrove said during a committee hearing on his bill. "There is never enough money to go around. This totally seems like a win-win or 'wind-wind' idea."

'Energy Freedom'

The legislation would allow the non-profit group to qualify for grants from the state's Energy Freedom Program, which was created last year to spur development of alternative energy projects.

Hargrove's bill passed unanimously out of the Senate. Last Wednesday, it received its first committee hearing in the House.

Craig Dublanko, a financial director with the Coastal Community Action Program, told the House committee that in 2000 the agency installed two 50-meter test towers at Grayland.

The goal was to make sure there would be enough wind to turn the wind blades and generate power.

There was more than enough wind, Dublanko said.

"The ridgeline we're looking at can handle six turbines, and subsequent ridgelines along the coast could add even more as you head toward Tokeland," he said.

$7.8 million

To start with, the group wants to install three turbines at 1.5 megawatts each. The cost would be about $7.8 million.

Hargrove said he wants the state to contribute $5 million from the Energy Freedom Program to get the turbines up and going, with federal or private grants filling in the rest.

"We have had discussions with Senators Cantwell, Murray and Congressman Dicks and we're trying to get the rest of this put together," Hargrove said.

Dublanko said this project would be the first wind turbines on the coast of Washington.

"But this isn't a pie in the sky idea," Hargrove said. "I'm impressed with how much research they've done, how much technical information they've finished."

Troy Colley, executive director of the Coastal Community Action Program, says the wind turbines could generate up to $600,000 a year for the next 25 years for the agency.

Currently, the group's energy assistance program is capped off at 300 families and it regularly turns away about 30 families per month, Colley said.

"Unfortunately the need is much greater than existing funds can meet," Dublanko adds. "This may support as many as 1,000 families every year for the next 25 years."

There's also a possibility for tourism growth with people driving out to the Grayland bluffs to see the turbines, according to Dan Wood, a member of the Coastal Community Action Program's board of directors and a former Grays Harbor County commissioner.

State senators who heard the legislation earlier this month lauded its direction. Sen. Erik Poulsen, chairman of the Senate Water Energy & Telecommunications Committee, called it "a very creative approach."

In the House Technology, Energy & Communications Committee, meantime, representatives were more lukewarm. Several members questioned the need for more wind turbines and the fairness of Community Action Programs being able to apply for grant money for such programs to the exclusion of other non-profit groups.

"We have electric utilities that are non-profit and this (legislation) wouldn't let them to do this, and I don't know if it makes sense for one to do it and not the other," said Rep. Jeff Morris, D-San Juan.

Sen. Hargrove said he's optimistic the bill will make it out of committee, and is amenable to making all non-profits eligible for future Energy Freedom Program grants.

"I'm working to get the money in the Senate capital budget as well." Hargrove said Friday. "There's a statewide initiative on green energy and with Grays Harbor focused on green products, this just seems a perfect fit."

The measure is Senate Bill 5383.

Steven Friederich, a Daily World writer, can be reached at (360) 532-4000 ext. 134 or by e-mail at sfriederich@the dailyworld.com

Filed under : Tax Breaks & Subsidies : Energy Policy: Washington: General

**Web link:** http://www.thedailyworld.com/articles/2007/03/26/1...

< prev

*Note: this article may be subject to the Fair Use Notice.*

next >

Home | About | News | Opinions | Library | Press | Contact
Login | Terms of Use | Privacy | Fair Use Notice
Website by Parkerhill
Powered by Xaraya

© Copyright 2006-2009 IWA

www.windaction.org | 'Wind-wind' plan boosts local agency

EXHIBIT 14

EXHIBIT 14





Find Your Dream Home

ADVERTISEMENT

| Home | News | Classifieds | Business Directory | Announcements | Message Board |
| Lifestyle | Sports | Opinion | Obituaries |

Current Weather

53
forecast &...

Print this story | Email this story | RSS Feeds

**Published on Wednesday, January 20, 2010**

## Commissioners grant special use permit, variance for Spring Valley wind farm

By Patrick Timothy Mullikin
Ely Times Reporter

It's still up in the air.

The White Pine County Commission at its Jan. 13 meeting granted the Spring Valley Wind Project a special use permit and variance to construct a wind generation facility.

The Spring Valley wind farm is designed to generate 1.5 1.8 megawatts of electrical power on about 8,565 acres of BLM land in Spring Valley.

The project has been on the drawing board since 2003.

George Hardy, senior developer with Pattern Energy Group LP, majority owner of Spring Valley Wind LLC, addressing the commission, said the project represents the first commercial large-scale wind project in the state, one that will benefit the state and the region. Hardy also said his firm wants to be good members of the community.

His claim was put to test by Richard W. Sears, speaking as a private property owner in Spring Valley and not as White Pine County District Attorney.

The height of those wind

ADVERTISEMENT

In This Edition
☑ Out of ammo and wounded, Jackson helped
☑ Fire & Ice Festival lights up Cave Lake
☑ Bobcat wrestlers finish 3rd at Alamo
☑ As We See It - Send a posse to Washington

This Week's Cartoon



Search [____] [Go]
Advanced Search

About Us
☑ Cartoon Archive
☑ About Ely News
☑ Contact Information





towers - roughly 450 feet - has soon-to-be homeowner Sears concerned about how the towers will affect his and his neighbor's views.

"I have plans on building a home just south of those towers," Sears said.

"I expect that my house will be within three of four miles of that wind-energy project." The towers, he said, are going to be a visual nuisance, and he hopes Pattern Energy Group LP, the majority owner of Spring Valley Wind LLC, will take some steps to mitigate the towers' affects on his view.

What Sears has in mind are trees.

"If you planted trees within the project, that's not going to help because the towers are too tall. But if you allow some planting close to the residences, I think that would be an appropriate mitigation."

If the project is approved (the commission's latest action removes another hurdle), construction could begin this fall, and the wind farm could be operational by fall 2011, according to Pattern. The project is expected to create 150-200 jobs during the construction phase and 10-12 permanent maintenance jobs.

In other business, the commissioners heard from:

-- County Fire Chief David Hendrix who reported his department responded to 235 incidents in 2009.

-- Mark Bechtel, assistant superintendent, who thanked the commissioners for their support in his school's effort to build new facility near the high school. "The middle school we have is a beloved icon in the city. But it does not meet ADA requirements. There are heating issues. There are lighting issues." Bechtel said it would be cheaper to build a new school than to renovate the aging middle school.

-- Kerry Sprouse, public works director, revisited the idea of funding a new judicial/public safety complex, saying that in the meantime his department has been trying to tighten security issues at the White Pine County Courthouse.

-- Dan Nelson, Cooperative Extension Service, who spoke about Radon Awareness Month in White Pine County. The Commissioners voted to proclaim January 2010 as Radon Awareness Month.

-- Liz Towney, Bureau of Land Management who updated the Commissioners on the South Steptoe Valley Transportation Plan.

Commissioners also approved:

-- The energy efficiency and conservation strategy required by the Department of Energy, Energy Efficiency Block Grant.



Your Ideas Count!

ADVERTISEMENT

-- Ron Williams request to trade a 1979 Dodge Truck to Reck Brothers, LLC, for additional contract services at the airport.

-- An Inter-Local Agreement between White Pine County and McGill Town Council Regarding Operation and Maintenance of McGill Senior/Community Center

-- The resignations of Virginia Denton and Gayle Ensign from the the Industrial Park Review Board.

The next meeting of the White Pine County Commission is scheduled to be held Jan. 27

## Leave Your Comment

[simpleblog:count:::checksum:::1:asc]

**Terms & Conditions**
The following comments are provided by readers and are the sole responsibility of the authors. The Ely Times does not review comments before publication nor guarantee their accuracy. By publishing a comment here you agree to abide by the comment policy. If you see a comment that violates the policy, please notify the web editor.

*Sorry, comments have been closed.*

Home    News    Lifestyle    Sports    Opinion    Cartoons    Obituaries    Announcements    Photos of the Week    Pinenut
Message Board    Classifieds    Real Estate    Business Directory    Weather    RSS    About Us

Copyright © 2010, The Ely Times
Stephens Media, LLC

The Ely Times - elynews.com :: News: Commissioners grant special use permit, variance ...    Page 3 of 3

http://www.elynews.com/articles/2010/01/20/news/news13.txt

3/22/2010

EXHIBIT 15

EXHIBIT 15

Type of Work:          Text

Registration Number / Date:
                       TX0007125687 / 2010-04-12

Application Title:     Commissioners grant special use permit, variance for Spring
                       Valley wind farm.

Title:                 Commissioners grant special use permit, variance for Spring
                       Valley wind farm.

Description:           Printed material.

Copyright Claimant:    Righthaven LLC, Transfer: By written agreement.

Date of Creation:      2010

Date of Publication:
                       2010-01-20

Nation of First Publication:
                       United States

Authorship on Application:
                       Stephens Media LLC, employer for hire; Domicile: United
                       States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                       Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                       Avenue, Suite 210, Las Vegas, NV, 89129-7701, United
                       States, (702) 527-5900, dbrownell@righthaven.com

Names:                 Stephens Media LLC
                       Righthaven LLC

EXHIBIT 16

EXHIBIT 16

Home | Contact | Text size: s M L
Subscribe | email address

Search:

www.windaction.org
facts, analysis, exposure of wind energy's real impacts

- 
  - About
  - News
  - Opinions
  - Stories
  - Library
  - Press

News Articles

- By Date
- By Topic
- By Location
- By Rating

search news

Main feed:
RSS | Atom

News only feed:
RSS | Atom

This category only feed:
RSS | Atom

Printer friendly
Send to a friend
Tag/Bookmark

# News

## Commissioners grant special use permit, variance for Spring Valley wind farm

*The White Pine County Commission at its Jan. 13 meeting granted the Houston, Texas-based, Spring Valley Wind Project a special use permit and variance to construct a wind generation facility. The Spring Valley wind farm is designed to generate 151.8-megawatts of electrical power on about 8,565 acres of BLM land in Spring Valley.*

*January 20, 2010 by Patrick Timothy Mullikin in Ely Times Reporter*

It's still up in the air.

The White Pine County Commission at its Jan. 13 meeting granted the Houston, Texas-based, Spring Valley Wind Project a special use permit and variance to construct a wind generation facility.

The Spring Valley wind farm is designed to generate 151.8-megawatts of electrical power on about 8,565 acres of BLM land in Spring Valley.

The project has been on the drawing board since 2003.

George Hardy, senior developer with Pattern Energy Group LP, majority owner of Spring Valley Wind LLC, addressing the commission, said the project represents the first commercial large-scale wind project in the state, one that will benefit the state and the region. Hardy also said his firm wants to be good members of the community.

His claim was put to test by Richard W. Sears, speaking as a private property owner in Spring Valley and not as White Pine County District Attorney.

The height of those wind towers - roughly 450 feet - has soon-to-be homeowner Sears concerned about how the towers will affect his and his neighbor's views.

"I have plans on building a home just south of those towers." Sears said.

"I expect that my house will be within three of four miles of that wind-energy project." The towers, he said, are going to be a visual nuisance, and he hopes Pattern Energy Group LP, the majority owner of Spring Valley Wind LLC, will take some steps to mitigate the towers' affects on his view.

What Sears has in mind are trees.

"If you planted trees within the project, that's not going to help because the towers are too tall. But if you allow some planting close to the residences, I think that would be an appropriate mitigation."

If the project is approved (the commission's latest action removes another hurdle), construction could begin this fall, and the wind farm could be operational by fall 2011, according to Pattern. The project is expected to create 150-200 jobs during the construction phase and 10-12 permanent maintenance jobs.

In other business, the commissioners heard from:

www.windaction.org | Commissioners grant special use permit, variance for Spring Valle...   Page 3 of 3

-- County Fire Chief David Hendrix who reported his department responded to 235 incidents in 2009.

-- Mark Bechtel, assistant superintendent, who thanked the commissioners for their support in his school's effort to build new facility near the high school. "The middle school we have is a beloved icon in the city. But it does not meet ADA requirements. There are heating issues. There are lighting issues." Bechtel said it would be cheaper to build a new school than to renovate the aging middle school.

-- Kerry Sprouse, public works director, revisited the idea of funding a new judicial/public safety complex, saying that in the meantime his department has been trying to tighten security issues at the White Pine County Courthouse.

-- Dan Nelson, Cooperative Extension Service, who spoke about Radon Awareness Month in White Pine County. The Commissioners voted to proclaim January 2010 as Radon Awareness Month.

-- Liz Towney, Bureau of Land Management who updated the Commissioners on the South Steptoe Valley Transportation Plan.

Commissioners also approved:

-- The energy efficiency and conservation strategy required by the Department of Energy, Energy Efficiency Block Grant.

-- Ron Williams request to trade a 1979 Dodge Truck to Reck Brothers, LLC, for additional contract services at the airport.

-- An Inter-Local Agreement between White Pine County and McGill Town Council Regarding Operation and Maintenance of McGill Senior/Community Center

-- The resignations of Virginia Denton and Gayle Ensign from the Industrial Park Review Board.

The next meeting of the White Pine County Commission is scheduled to be held Jan. 27

**Web link:** http://www.elynews.com/articles/2010/01/20/news/ne....

Filed under : Nevada

< prev                                                                                      next >

*Note: this article may be subject to the Fair Use Notice*

Home | About | News | Opinions | Library | Press | Contact
Login | Terms of Use | Privacy | Fair Use Notice
Website by Parkerhill
Powered by Xaraya

© Copyright 2006-2009 IWA