STEVEN A. GIBSON, ESQ.
Nevada Bar No. 6656
sgibson@righthaven.com
J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company, | Case No.: 2:10-cv-0601-RLH-PAL |
| Plaintiff, | **CERTIFICATE OF INTERESTED PARTIES** |
| v. | |
| INDUSTRIAL WIND ACTION CORP, a New Hampshire corporation; JONATHAN S. LINOWES, an individual, | |
| Defendants. | |

In accordance with Fed.R.Civ.P. 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for Righthaven LLC, certifies that the following have a direct, pecuniary interest in the outcome of this case:

1. Righthaven LLC, a Nevada limited-liability company;

2. SI Content Monitor LLC, an Arkansas limited-liability company;

3. Net Sortie Systems, LLC, a Nevada limited-liability company.

1

2

1    These representations are made to enable judges of the Court to evaluate possible

2  disqualifications or recusal.

3    Dated 25th day of May, 2010.

4

5                                             RIGHTHAVEN LLC

6

7                                             By: /s/ J. Charles Coons

8                                             STEVEN A. GIBSON, ESQ.
                                              Nevada Bar No. 6656
9                                             J. CHARLES COONS, ESQ.
                                              Nevada Bar No. 10553
10                                            9960 West Cheyenne Avenue, Suite 210
                                              Las Vegas, Nevada 89129-7701
11                                            Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28